UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN AMBURGY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPRESS SCRIPTS, INC., )<br>)<br>Defendant. ) | No.  4:09CV705 FRB |

### JUDGMENT

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that all motions which remain pending in this cause are denied as moot.

*/s/ Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this  _23rd_  day of November, 2009.